YARDS CREEK PUMP STORAGE POWER COMPANY, PLAIN-
TIFF-RESPONDENT, v. ALICE R. PERKINS, *ET AL.*,
DEFENDANTS-PETITIONERS.

*Mr. John F. Cannon* for the petitioners.

*Mr. William T. Osborne* for the respondent.

March 8, 1965. Denied.